PUMROY RAYNE and wife, *v.* GUTHRIE and WALLACE.

AN action of debt was brought on a fingle bill dated 12th *November,* 1787, for 29*l.* 10*s.* payable *on demand, for value received.*

*Rofs,* for the plaintiff, contended, at the trial, that intereft fhould be computed from the date of the bill ;— becaufe, the words " for value received," were equivalent to money lent, and this bears intereft, and becaufe it was commonly underftood, that all notes or bills payable *on demand,* bore intereft from the date ; and bills and notes were fo drawn on this prefumption.

This point was referved, and at *December* term, 1793, the opinion of the court was delivered.

PRESIDENT. I cannot difcover, that it is the common underftanding, fanctioned judicially in *Pennfylvania,*

1793.

*Jacobs v. A-
dams. Dall.
52.—See alfo
Dall. 26½,
313. 2 Bla.
Rep 61,
3 Wils 205.6.
2 Bro. Cha. 2.*

*Vefey jr. 17.*

that notes or bills *on demand* bear intereft from the date. In the Supreme court, the law, with refpect to intereft, is ftated in the fame manner as in *England*. "In the cafe of promiffory notes, where a day certain is fixed for payment, intereft is allowed from that day. Where no certain day is fixed, it is payable from demand." It is from judicial, and not indifcriminate, opinions, that we muft take the law of *Pennfylvania*. And, without any publicly eftablifhed rule, to fay that a note for a certain fum of money on demand, fhould, on demand, be a note for that fum and more, feems contrary to the agreement of the parties. The creditor, by a demand, may intitle himfelf to intereft, when he pleafes. If parties will not explain their own words, they muft leave them to the conftruction of the law. We muft not change fixed rules from mere private opinions. The general rule is, that intereft muft be paid from the time that the principal ought to have been paid. "For value received," is a mere formal expreffion, and cannot put this money in the ftate of money lent.

NOTE.—Yet intereft is recoverable on a fettled account from the date of the fettlement.